**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERICA TIERNEY and ANDRIS STRAUTINS, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) ADVOCATE HEALTH AND HOSPITALS ) CORP., a/k/a ADVOCATE MEDICAL ) GROUP, an Illinois corporation, ) ) Defendant. ) | Case No. 13-cv-06237<br><br>Judge Charles R. Norgle |

## **ADVOCATE MEDICAL GROUP'S MOTION TO DISMISS**

Defendant Advocate Health and Hospitals Corp. a/k/a Advocate Medical Group ("Advocate") respectfully requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing plaintiffs' Complaint with prejudice because it fails to state a claim upon which relief can be granted.

The grounds for this motion are set forth in the attached memorandum in support, which is filed herewith.

Dated: November 4, 2013                  Respectfully submitted,

/s/ Daniel R. Warren
Daniel R. Warren
BAKER & HOSTETLER LLP
1900 E. Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: (216) 621-7145
dwarren@bakerlaw.com

        George J. Tzanetopoulos
        David M. Friebus
        Katharine E. Heitman
        BAKER & HOSTETLER LLP
        191 North Wacker Drive, Suite 3100
        Chicago, Illinois 60606-1901
        Telephone: (312) 416-6200
        gtzanetopoulos@bakerlaw.com
        dfriebus@bakerlaw.com
        kheitman@bakerlaw.com

        *Attorneys for Defendant Advocate Health and Hospitals Corp. a/k/a Advocate Medical Group*

**CERTIFICATE OF SERVICE**

    I certify that on the 4th day of November, 2013, the foregoing **ADVOCATE MEDICAL GROUP'S MOTION TO DISMISS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Daniel R. Warren
                                              One of the attorneys for the Defendant